**UNITED STATES DISTRICT COUNT**
**SOUTHERN DISTRICT OF FLORIDA**

TAURIGA SCIENCES, INC.,
A Florida Corporation.

                                    CASE NO.: 15-CV-62334-RLR

        Plaintiff

vs.

COWAN, GUNTESKI & CO., P.A.
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual.

        Defendant.
_____/

## STATUS REPORT

Plaintiff, TAURIGA SCIENCES, INC. ("Tauriga") a Florida corporation, by and through its undersigned attorneys and files this Status Report, and does state:

1.      The parties actively participated in mediation.

2.      The parties are unable to resolve the matter at this time and will be proceeding with litigation.

3.      Defendants have not been served, but a request has been made for counsel to accept service. If service is not accepted in the next week, we will proceed with service of process and notify the Court of the date of service.

                                    *Respectfully submitted*,

                                    SILVERBERG & WEISS, P.A.
                                    *Attorney for Plaintiff*
                                    1290 Weston Road, Suite 218
                                    Weston, Florida 33326
                                    Primary e-mail: Notices@pkslegal.com
                                    Tel: (954) 384-0998

                                    By: */s/ Paul K. Silverberg*
                                         Paul K. Silverberg, Esq.
                                         Fla. Bar No. 147877