UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-62334-ROSENBERG-BRANNON

TAURIGA SCIENCES, INC.,
A Florida Corporation,

        Plaintiff,

v.

COWAN, GUNTESKI & CO., P.A.,
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual,

        Defendants.
_____/

**LINE SUBMITTING PROPOSED ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Defendants Cowan, Gunteski & Co., P.A. ("CGC"), Donald Cowan ("Cowan") and William Meyler ("Meyler")[1] (collectively, "Defendants") respectfully submit the attached proposed order granting their motion to dismiss, which was inadvertently omitted from their motion filed at (Docket No. 23).

Date: July 15, 2016

Respectfully submitted,

*/s/ Andrew L. Cole*
Andrew L. Cole (FL Bar No. 0187496)
andrew.cole@leclairryan.com
LeClairRyan, P.C.
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
P. (410) 224-3000
F. (410) 224-0098

*Attorneys for Defendants Cowan,
  Gunteski & Co., P.A., Donald Cowan
  and William Meyler*

---

[1] Meyler was incorrectly named in this action as "William Myler."

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 15th day of July, 2016, I electronically filed the foregoing reply in support of motion to dismiss with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to counsel of record specified below:

>Paul K. Silverberg, Esq.
>Kraig S. Weiss, Esq.
>SILVERBERG & WEISS, P.A.
>1290 Weston Road, Suite 218
>Weston, Florida 33326

>*/s/ Andrew L. Cole*
>Andrew L. Cole