UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-62334-ROSENBERG-BRANNON

TAURIGA SCIENCES, INC.,
A Florida Corporation,

        Plaintiff,

v.

COWAN, GUNTESKI & CO., P.A.,
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual,

        Defendants.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE

Having read and considered *Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and/or to Dismiss or Transfer Venue Pursuant to 28 U.S.C. § 1406(a)* (the "Motion to Dismiss") filed by Defendants Cowan, Gunteski & Co., P.A. ("CGC"), Donald Cowan ("Cowan") and William Meyler ("Meyler") (collectively, "Defendants"), the response and reply thereto filed by the Plaintiff and Defendants respectively, and the Court having:

FOUND, that the Defendants lack sufficient minimum contacts with the State of Florida to permit the exercise of personal jurisdiction over them consistent with the due process clause of the United States Constitution, and further

FOUND, that Florida's Long Arm Statute does not permit the exercise of personal jurisdiction on the facts contained in the record of this case; and further

FOUND, that venue is not appropriate in this District,

1

and the relief requested in the Motion to Dismiss otherwise appearing appropriate under the circumstances, it is hereby:

ORDERED, that the Motion to Dismiss is Granted; and it is further

ORDERED, that this case is dismissed for lack of personal jurisdiction; [or]

ORDERED, that this case is transferred to the United States District Court for the District of New Jersey.

Dated: _____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

cc:

Andrew L. Cole, Esq.
LeClairRyan, P.C.
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401

Paul K. Silverberg, Esq.
Kraig S. Weiss, Esq.
Silverberg & Weiss, P.A.
1290 Weston Road, Suite 218
Weston, Florida 33326