# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
## Clerk's Office – Trenton, NJ

Tauriga Sciences, Inc.

                      Plaintiff,

v.                                       Case No.: 3:16–cv–06285–PGS–DEA

                                           Judge Peter G. Sheridan

Cowan, Gunteski & Co., P.A., et al.

                      Defendant.

**Dear Kraig Weiss, Paul Silverberg, Andrew Cole, Ronald Herzog:**

  Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                Very truly yours,

                                                William T. Walsh, Clerk
                                                By Deputy Clerk, kas