**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

**OFFICIAL BUSINESS**



RECEIVED

OCT 21 2016

WILLIAM T. WALSH
CLERK

by **Kraig Scott Weiss**
Silverberg & Weiss, P.A.
2665 Executive Park Drive
Suite 2
Weston, FL 33331

10-06-2016

NIXIE        333   FE 1260        0010/18/16

RETURN TO SENDER

ANK
IGTGR5B 33331

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Trenton, NJ

Tauriga Sciences, Inc.

                        Plaintiff,

v.                                        Case No.: 3:16-cv-06285-PGS-DEA
                                        Judge Peter G. Sheridan

Cowan, Gunteski & Co., P.A., et al.

                        Defendant.

**Dear Kraig Weiss, Paul Silverberg, Andrew Cole, Ronald Herzog:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                      Very truly yours,

                                                      William T. Walsh, Clerk
                                                      By Deputy Clerk, kas