RECEIVED
OCT 3 1 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 3:16-CV-06285-PGS-DEA

TAURIGA SCIENCES INC.

    Plaintiff,

v.

COWEN, GUNTESKI & CO. P.A., et al

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS hereby given that the undersigned is counsel for Plaintiff, TAURIGA SCIENCES, INC., in the above-styled case and requests that all future pleadings, motions, discovery, orders and correspondence, be directed to him at the address below.

*Respectfully submitted,*

SILVERBERG & WEISS, P.A.
*Counsel for Plaintiff*
1290 Weston Road, Suite 218
Weston, Florida 33326
(954) 384-0998 tel.
(954) 384-5390 fax.
Primary email: notices@pkslegal.com

By: __/s/ Michael V. Miller__
    Michael V. Miller, Esq.
    ID. No. 000572009

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, the foregoing was sent via U.S. mail to Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608 and via e-mail to Ron Herzog at Ronald.Herzog@leclairryan.com and Andrew L. Cole at Andrew.cole@leclairryan.com.

By: __/s/ Michael V. Miller__
    Michael V. Miller, Esq.

Case 3:16-cv-06285-PGS-DEA   Document 53   Filed 10/31/16   Page 2 of 2 PageID: 516



**SILVERBERG & WEISS**
ATTORNEYS AT LAW
1290 Weston Road, Suite 218
Weston, Florida 33326



$000.46⁵
0000672698  OCT 25 2016
MAILED FROM ZIP CODE 33331

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

08608-150020