UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TAURIGA SCIENCES INC.** : | |
| : | |
| Plaintiff, : | Civil Action No.:3:16-CV-06285-PGS-DEA |
| : | |
| v. : | DOCUMENT FILED ELECTRONICALLY |
| : | |
| **COWEN, GUNTESKI &** : | |
| **CO. P.A., et al** : | |
| : | |
| Defendant. : | |

### ORDER ON CONSENT GRANTING KRAIG S. WEISS, ESQ. AND PAUL K. SILVERBERG, ESQ. *PRO HAC VICE* ADMISSION FOR PLAINTIFF TAURIGA SCIENCES, INC.

The above matter having been opened to the Court by attorneys for Plaintiff for entry of an Order granting that admission *pro hac vice* of Kraig S. Weiss, Esq. and Paul K. Silverberg, Esq., on notice to and with the consent of Defendants and their counsel, and the Court having considered the application, and for good cause shown;

**IT IS** on this _____ day of _____, 2016;

**ORDERED** that Kraig S. Weiss, Esquire, a member in good standing of the Bar of the State of Florida, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiff, Tauriga Sciences, Inc., in this matter pursuant to L.Civ.R. 101.1of the United States District Court for the District of New Jersey; and

**ORDERED** that Kraig S. Weiss, Esquire, a member in good standing of the Bar of the State of Florida, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiff, Tauriga Sciences, Inc., in this matter pursuant to L.Civ.R. 101.1of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to L.Civ.R. 101 (c) (2) and (3), Kraig S. Weiss, Esq. and Paul K. Silverberg, Esq. shall each pay the annual fee to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, enclosing with payment a completed Form PHV-13, and shall make payment to Clerk, United States District Court in the amount of one hundred and fifty dollars ($150.00); and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Michael V. Miller, Esq., attorney for Plaintiff, Tauriga Sciences, Inc., who shall be responsible for said papers and the conduct of the case as well as be responsible for the conduct of the admitted attorney herein; and

**IT IS FURTHER ORDERED** that Kraig S. Weiss, Esq. and Paul K. Silverberg, Esq. shall each be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1 <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys;</u> and

**IT IS FURTHER ORDERED** that Kraig S. Weiss, Esq. and Paul K. Silverberg, Esq. shall each be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Contingency Fee Rule, Rule 1:21-7, as amended

_____
Hon. Peter G. Sheridan