**LECLAIRRYAN**
A Virginia Professional Corporation
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Tel: (973) 491-3522
Karol Corbin Walker, Esq.
Attorneys for Defendants Cowan, Gunteski & Co., P.A.,
Donald Cowan, and William Meyler

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAURIGA SCIENCES, INC., A Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COWAN, GUNTESKI & CO., P.A., A Foreign Corporation; DONALD COWAN, an Individual; and WILLIAM MYLER, an Individual,<br><br>Defendants. | Civil Action No. 3:16-cv-06285(PGS)(DEA)<br><br>**NOTICE OF APPEARANCE BY KAROL CORBIN WALKER, ESQ. ON BEHALF OF DEFENDANTS COWAN, GUNTESKI & CO., P.A., DONALD COWAN, AND WILLIAM MEYLER** |

**PLEASE TAKE NOTICE** that Karol Corbin Walker, Esq., of LeClairRyan, A Virginia Professional Corporation, hereby appears on behalf of Defendants Cowan, Gunteski & Co., P.A., Donald Cowan, and William Meyler (improperly plead as "William Myler"), in the above captioned matter.

Dated: November 9, 2016

**LECLAIRRYAN**
A Virginia Professional Corporation

*/s/ Karol Corbin Walker*
_____
Karol Corbin Walker, Esq.