# LeClairRyan

*A Virginia Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
Phone: (973) 491-3600
Attorneys for Cowan Gunteski & Co., P.A.,
Donald Cowan and William Meyler, improperly plead as
William Myler

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAURIGA SCIENCES, INC., a Florida Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>COWAN GUNTESKI & CO., P.A., a Foreign Corporation; DONALD COWAN, an Individual; and WILLIAM MYLER, an Individual,<br><br>     Defendants. | Civil Action No. 3:16-CV-06285(PGS) (DEA)<br><br>**DEFENDANT COWAN GUNTESKI & CO., P.A. RULE 7.1(A) DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Cowan Gunteski & Co., P.A., Inc. ("Defendant") discloses that Defendant has no parent corporation nor does any publicly owned entity hold more than 10% of Defendant's stock.

**LECLAIRRYAN**

By: */s/ Karol Corbin Walker*
     Karol Corbin Walker

Dated: December 20, 2016

10018086-1