SILVERBERG & WEISS, P.A.
*Attorneys for Plaintiff*
1290 Weston Road, Suite 218
Weston, Florida 33326
Primary e-mail: Notices@pkslegal.com
954-384-0998 tel.
954-384-5390 fax.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

CASE NO. 3:16-CV-06285-PGS-DEA

TAURIGA SCIENCES INC.

      Plaintiff,

v.

COWEN, GUNTESKI & CO. P.A., et al

      Defendant.
_____/

**NOTICE OF COMPLIANCE**

Plaintiff, TAURIGA SCIENCES, INC., hereby gives notice of its compliance with the Court's December 20, 2016 Order Granting Plaintiff's Application for Admission Pro Hac Vice for attorneys Paul Silverberg and Kraig Weiss [D.E. 56].[1]

Dated: January 9, 2017

                                       By: */s/ Michael Miller*
                                              Michael Miller

---

[1] Plaintiff notes that on December 21, 2016 it sent the requisite checks to the New Jersey Client Protection Fund along with a completed form PHV-13. However, on or about January 7, 2017 it was informed that the payment requirement was for a different amount ($212.00) than contained in the Order ($150.00). Plaintiff has immediately sent checks to the Clerk of Court representing the full payment amount.