**SILVERBERG & WEISS, P.A**.
1290 Weston Road, Suite 218
Weston, Florida 33326
Primary e-mail: Notices@pkslegal.com
(954) 384-0998 tel.  / (954) 384-5390 fax.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CASE NO. 3:16-CV-06285-PGS-DEA

TAURIGA SCIENCES INC.

    Plaintiff,

v.

COWEN, GUNTESKI & CO. P.A., et al

    Defendant.
_____/

## NOTICE OF JURY TRIAL DEMAND

Plaintiff, TAURIGA SCIENCES, INC. ("Plaintiff") by and through undersigned counsel hereby files this, its Notice of Jury Trial Demand, and hereby demands a jury trial on all issues that are so triable.

    /s/ Michael Miller_____
    Michael Miller, Esq.,

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, the foregoing was sent via e-mail to Ron Herzog at Ronald.Herzog@leclairryan.com and Andrew L. Cole at Andrew.cole@leclairryan.com.

    By:  /s/Michael Miller_____
    Michael Miller, Esq.,

1