**LeClairRyan, P.C.**
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Cowan Gunteski & Co., P.A.,
Donald Cowan and William Meyler, improperly
plead as William Myler

RECEIVED

JAN 19 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAURIGA SCIENCES, INC., <br> A Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> COWAN, GUNTESKI & CO., P.A., <br> A Foreign Corporation; DONALD <br> COWAN, an Individual; and WILLIAM <br> MYLER, an Individual, <br><br> Defendants. | Civ. Action No.: 3:16-cv-06285(PGS)(DEA) <br><br> **ORDER GRANTING** <br> **ADMISSION *PRO HAC VICE*** |

**THIS MATTER**, having been presented to the Court on January 16, 2017 by LeClairRyan, P.C., attorneys for Defendants Cowan, Gunteski & Co., P.A., Donald Cowan, and William Myler improperly plead as William Myler (collectively the "Defendants"), with Plaintiff's and its counsel's consent, and for good cause shown:

**IT IS** on this _19th_ day of _January_, 2017;

**ORDERED** that Ronald S. Herzog is admitted to practice *pro hac vice*, pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, to represent Defendants in this matter; and

19407505.1

**IT IS FURTHER ORDERED** that Ronald S. Herzog shall make payment to the New Jersey Lawyer's Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a) and that such payment shall be made for any year in which Ronald S. Herzog continues to represent Defendants before this Court; and

**IT IS FURTHER ORDERED** that Ronald S. Herzog shall make payment in the amount of $150.00 to the Clerk of this Court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Karol Corbin Walker, Esq., attorney for Defendants, who shall be responsible for said papers and the conduct of the case as well as be responsible for the conduct of the admitted attorney herein.

_____
Hon. Douglas E. Arpert, U.S.M.J.