

September 15, 2017

**VIA ECF**

Honorable Douglas E. Arpert
**United States Magistrate Judge**
Clarkson S. Fisher Building and
  U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    Tauriga Sciences Inc. v. Cowen, Gunteski & Co. P.A., *et al.*
             Civ. Action No.:  3:16-cv-06285 (PGS)(DEA)

Dear Judge Arpert:

      Our firm, along with Ronald Herzog, Esq. of Steinberg & Cavaliere, LLP represents Defendants Cowan, Gunteski & Co., P.A., Donald Cowan, and William Melyer improperly plead as William Meyler (collectively "Defendants") in the above-referenced matter.  With Plaintiff's and its counsel's consent, we respectfully request that Your Honor permit Mr. Herzog's colleagues Alan Sorkowitz. Esq. and Benjamin Zelermyer, Esq. to appear in this matter *pro hac vice*.  Defendants submit the Certifications of Alan Sorkowitz. Esq. and Benjamin Zelermyer, Esq. in support of this request.  In addition, we submit a proposed Order.

      Thank you for Your Honor's assistance in this regard.

                              Respectively submitted,

                              */s/* Karol Corbin Walker

                              KAROL CORBIN WALKER

E-mail: Karol.CorbinWalker@leclairryan.com      1037 Raymond Boulevard, Sixteenth Floor
Direct Phone: (973) 491-3306      Newark, New Jersey 07102
Direct Fax: (973) 491-3418      Phone: 973.491.3306 \ Fax: 973.491.3555

CALIFORNIA \ CONNECTICUT \ DELAWARE \ FLORIDA \ GEORGIA \ ILLINOIS \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ RHODE ISLAND \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

900763128