# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAURIGA SCIENCES, INC., | |
| Plaintiff, | Civil Action No. 16-6285 (PGS)(DEA) |
| v. | **ORDER** |
| COWAN, GUNTESKI & CO., P.A, *et al.* | |
| Defendant. | |

This matter comes before the Court by way of two letters from Defendants requesting (1) leave to file a motion for partial summary judgment; and (2) adjournment of the trial date to allow time for the filing and consideration of a partial summary judgment motion and to allow time for the filing and consideration of *Daubert* motions. Plaintiff opposes the request for leave to file a summary judgment motion.

The Court having carefully considered the parties' submissions,

**IT IS** on this 21st day of September 2016,

**ORDERED** that Defendants' request to adjourn the trial date set by Judge Sheridan is denied; and it is further

**ORDERED** that Defendants' request for leave to file a partial summary judgment motion is denied; and it is further

**ORDERED** that the final pretrial conference will be held at 10:00 a.m. on October 16, 2017; and it is further

**ORDERED** that *Daubert* motions are to be filed no later than October 27, 2017.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge