**NIXON PEABODY LLP**
**Daniel C. Gibbons**
**NJ Attorney ID: 038412005**
Tower 46
55 West 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAURIGA SCIENCES, INC., <br><br> Plaintiff, <br><br> against <br><br> COWAN, GUTENSKI & CO., P.A., a Foreign Corporation; DONALD COWAN, An Individual; and WILLIAM MYLER, an Individual, <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> Civil Action No. 3:16-cv-06285 (PGS / DEA) |

To: The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear in this case as Counsel for plaintiff Tauriga Sciences, Inc.

Date:   September 27, 2017
        New York, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By:   */s/ Daniel C. Gibbons*
       Daniel C. Gibbons

Tower 46
55 West 46th Street
New York, New York 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

*Attorneys for Plaintiff*

4851-7624-8401.1