UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAURIGA SCIENCES, INC., A Florida Corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>COWAN, GUNTESKI & CO., P.A., A Foreign Corporation; DONALD COWAN, an Individual; and WILLIAM MYLER, an Individual,<br><br>　　　　　Defendants. | Civ. Action No.: 3:16-cv-6285(PGS)(DEA)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all the parties to this action, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., that this action in its entirety shall be and hereby is dismissed with prejudice and without costs or any other relief to any party.


**NIXON PEABODY LLP**

By: /s/ *Daniel C. Gibbons*
　　Daniel C. Gibbons
　　50 Jericho Quadrangle
　　Suite 300
　　Jericho, New York 11753
　　(516) 832-7567

　　Attorneys for Plaintiff Tauriga
　　Sciences, Inc.

903136896.1

**LECLAIR RYAN**

By: /s/ Karol Corbin Walker
 Karol Corbin Walker
 One Riverfront Plaza
 1037 Raymond Boulevard, 16th Floor
 Newark, New Jersey 07102
 (973) 491-3600

 Attorneys for Defendants
 Cowan, Gunteski Co., P.A.,
 Donald Cowan and William Meyler

SO ORDERED

_____ 12/6/17
Honorable Peter G. Sheridan, U.S.D.J